Brij M. JANMEJA; et al, Plaintiffs,

**Brij M. Janmeja, Plaintiff–Appellant,**

v.

**State of LOUISIANA; Louisiana State University Agricultural & Mechanical College, also known as Louisiana State University at Eunice, also known as Louisiana State University Board of Supervisors; Kathleen Reynolds, Individually and in her Capacity as Program Director of Respiratory Care; William L. Jenkins, Individually and in his Capacity as President Louisiana State University System; William J. Nunez, III, Individually and in his Capacity as Chancellor Louisiana State University at Eunice; Stephen R. Guempel, Individually and in his Capacity as Vice–Chancellor for Academic Affairs Louisiana State University at Eunice; Theresa Debeche, Individually and in her Capacity as Head Division of Nursing and Allied Health Louisiana State University at Eunice; Jackie Bush, Individually and in her Capacity as Former Program Director of Respiratory Care Louisiana State University at Eunice, Defendants–Appellees.**

**Brij M. Janmeja; et al, Plaintiffs,**

**Brij M. Janmeja, Plaintiff–Appellant,**

v.

**Kathleen Reynolds, Individually and in her Capacity as Program Director of Respiratory Care; William Jenkins, Individually and in His Capacity as President Louisiana State University System; William J. Nunez, III, Individually and in his Capacity as Chancellor Louisiana State University at Eunice; Stephen R. Guempel, Individually and in his Capacity as Vice–Chancellor for Academic Affairs Louisiana State University at Eunice;**

Louisiana State University Agricultural & Mechanical COLLEGE, also known as Louisiana State University at Eunice, also known as Louisiana State University Board of Supervisors; State of Louisiana; Theresa Debeche, Individually and in her Capacity as Head Division of Nursing and Allied Health Louisiana State University at Eunice; Jackie Bush, Individually and in her Capacity as Former Program Director of Respiratory Care Louisiana State University at Eunice, Defendants–Appellees.

Nos. 04–30729, 04–30755.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 18, 2005.

Frank E. Barber, David Groner, New Iberia, LA, for Plaintiff-Appellant.

Vicki M.Crochet, John Allain Viator, Taylor, Porter, Brooks & Phillips, Baton Rouge, LA, for Defendants–Appellees.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Brij M. Janmeja ("Janmeja") appeals the district court's order granting summary judgment. Janmeja sued his former employer, Louisiana State University at Eunice ("LSU") and various others associated with LSU, claiming discrimination, retaliation and a hostile work environment in connection with his race, national origin and religion. Janmeja also brought state

law claims of intentional infliction of emotional distress, defamation and loss of consortium. Having fully considered the arguments of counsel as advanced in briefs, and having carefully reviewed the record on appeal, we agree with the district court that there is no genuine issue as to any material fact and that the defendants are entitled to a judgment as a matter of law.

The order granting summary judgment, accordingly, is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.